IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROY LESTER BROOKS,** | Case No. 2:16-cv-01689-JAM-DB |
| Petitioner, | **ORDER** |
| v. | |
| **ERIC ARNOLD,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that respondent's October 28, 2016 Motion for a 30-Day Extension of Time is granted. The time for filing respondent's responsive pleading is extended through and including December 2, 2016.

DATED: October 28, 2016             /s/ DEBORAH BARNES
                                    UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/broo1689.answ eot